IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THE CINCINNATI INSURANCE
COMPANY,                                                                          PLAINTIFF

v.                        Civil Action No. 4:11CV516-JMM

ARKROC CONSTRUCTION
COMPANY, LLC; JOSIE
COMPANY, LLC d/b/a ARKROC
CONSTRUCTION; CONNIE
MICHELLE STEVENS-BAKER;
MICHAEL DARREN BAKER                                            DEFENDANTS

## ORDER

Having been notified that a settlement has been reached in this matter, the Court finds that the complaint and all claims against these Defendants are dismissed with prejudice.

IT IS SO ORDERED  this 9th day of July, 2012.

_____
James M. Moody
United States District Judge

1